DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| RONALD PICKARD, ) | |
| ) | |
| Petitioner, ) | |
| ) | Criminal Action No. 1999-0063 |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |
| ) | |

**Appearances:**
**Ronald Pickard,** *Pro Se*
St. Croix, U.S.V.I.

**Rhonda Williams-Henry, Esq.,**
St. Croix, U.S.V.I.
   *For Respondent*

# ORDER

**UPON CONSIDERATION** of Magistrate Judge Ruth Miller's Report and Recommendation ("R&R") (Dkt. No. 582) that petitioner Ronald Pickard's ("Petitioner") Motion to Vacate, Correct, and Expunge (Dkt. No. 572) and Motion for Hearing (Dkt. No. 578) be denied, and for the reasons stated in the accompanying Memorandum Opinion, filed contemporaneously herewith, it is hereby

**ORDERED** that Magistrate Judge Miller's R&R (Dkt. No. 582) is **ADOPTED** as modified in the accompanying Memorandum Opinion; and it is further

**ORDERED** that Petitioner's Motion to Vacate, Correct, and Expunge (Dkt. No. 572) is **DENIED**; and it is further

**ORDERED** that Petitioner's Motion for Hearing (Dkt. No. 578) is **DENIED**; and it is further

**ORDERED** that a copy of this Order shall be mailed to Petitioner via certified mail, return receipt requested.

**SO ORDERED.**

Date:   September 1, 2021                                      _____/s/_____
                                                                                    WILMA A. LEWIS
                                                                                    District Judge